# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

FILED - MQ
December 18, 2014 3:44 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjc/   Scanned by /

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 2:14-mj-41
A black wireless smart phone registered with Verizon )
Wireless with telephone number 231-740-1774. )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Western_____ District of _____Michigan_____ *(identify the person or describe property to be searched and give its location):* A black wireless smart phone registered with Verizon Wireless with telephone number 231-740-1774, in possession of George E. Schrink, more particularly described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* electronic records, including text messages, deleted text messages, telephone numbers, call logs, emails sent and received, instant messages sent and received, contact lists, digital images and videos and calendar entries, more particularly described in Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___16___ U.S.C. § ___3372___, and the application is based on these facts: See attached Continuation of Application for Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/S/ by telephone
_____
*Applicant's signature*

Special Agent James P. Fuller
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/18/2014__

_____
*Judge's signature*

City and state: Marquette, Michigan     Timothy P. Greeley, United States Magistrate Judge
*Printed name and title*